# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JAKIUL ALAM,                                        Case No. 21-CV-755 (NEB/JFD)

                Plaintiff,

v.

                                  ORDER OF REMAND

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, LESLIE
TRITTEN AND UR M. JADDOU,

                Defendants.

IT IS HEREBY ORDERED that the Joint Motion of Remand (ECF No. 37) is GRANTED. Based on the parties' agreement, this matter is hereby remanded to USCIS and USCIS is HEREBY ORDERED to grant Plaintiff Jakiul Alam's naturalization application and to provide him with a naturalization oath ceremony on or before April 12, 2022. Defendants shall not be required to file an answer to the complaint. The Court shall retain jurisdiction to enforce this Order.

Dated: March 29, 2022                    BY THE COURT:

                                      s/Nancy E. Brasel
                                      Nancy E. Brasel
                                      United States District Judge